**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

MATT RHOADES, TRUSTEE AND INDIANA )
STATE COUNCIL OF PLASTERERS AND CEMENT )
MASONS PENSION FUND, )
                                                )
                  Plaintiff,            ) No. 1:26-cv-1494
                                                    )
         v.                                )
                                                    )
                                                    )
J AND SONS CONSTRUCTION LLC . a Texas )
Foreign for-profit corporation, )
                                                  )
               Defendant.        )

**COMPLAINT**

Plaintiff, by their attorneys, DONALD D. SCHWARTZ and ARNOLD AND KADJAN, LLP, complain against Defendant, J AND SONS CONSTRUCTION GROUP, LLC, as follows:

**JURISDICTION AND VENUE**

1.     (a)     Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

            (b)     Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the FUND as described in Paragraph 2, are administered and 29 U.S.C. Section 185(c).

**PARTIES**

2.     (a)     The Plaintiff in this count is MATT RHOADES, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS PENSION FUND, ("the FUND"), and have standing to sue pursuant to 29 U.S.C. Section 1132(d)(1).

            (b)     The Fund has been established pursuant to collective bargaining agreements previously entered into between the Cement Masons Union Local 692 and certain

employer associations whose employees are covered by the collective bargaining agreement with the Union.

(c)     The Fund is maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws and also pursuant to the terms and provisions of the agreements and Declarations of Trust which establish the Fund.

3.     J AND SONS CONSTRUCTION LLC. (hereafter "J AND SONS) is a Texas for-profit corporation.

4.     Since September 6, 2022, J AND SONS has entered into a collective bargaining agreements with Cement Masons Local 783 pursuant to which it is required to pay specified wages and to make periodic contributions to the Fund on behalf of certain of its employees. (Exhibit A).

5.     (a)     J AND SONS employs employees and is bound to make contributions to Plaintiff for hours worked by all bargaining unit employees and upon subcontractors who perform work which would otherwise be performed by employees.

(b)     J AND SONS has its principal place of business in Sulphur Springs, Texas.

(c)     J AND SONS is an employer engaged in an industry affecting commerce.

7.     By virtue of certain provisions contained in the collective bargaining agreements, J AND SONS is bound by the Trust Agreement establishing the FUND.

8.     Under the terms of the collective bargaining agreements and Trust Agreements to which it is bound, J AND SONS is required to make contributions to the Fund on behalf of its employees and, when given reasonable notice by Plaintiff or their representatives, to submit all necessary books and records to Plaintiff' accountant for the purpose of determining whether or not it is in compliance with its obligation to contribute to the Fund.

9.     Plaintiff are advised and believe that from October 1, 2022 through present, J

AND SONS has failed to make some of the contributions from time to time required to be paid by it to the Fund pursuant to the terms of the Trust Agreements by which it is bound, all in violation of its contractual obligations and its obligations under applicable state and federal statutes.

WHEREFORE, Plaintiff pray for relief as follows:

A.      J AND SONS be ordered to submit to an audit for October 1, 2022 through present.

B.      Judgment be entered on any amounts found to be due on the audit.

C.      Plaintiff be awarded their costs herein, including reasonable attorneys' fees and costs incurred in the prosecution of this action, together with liquidated damages in the amount of 20%, all as provided in the applicable agreements and ERISA Section 502(g)(2).

D.      J AND SONS be enjoined from violating the terms of the collective bargaining agreements and Trust Agreements by failing to make timely payments to the Fund and be ordered to resume making those payments.

E.      This Court grant Plaintiff such other and further relief as it may deem appropriate under the circumstances.

Respectfully submitted,
MATT RHOADES, et at.

By:     /s/ Donald D. Schwartz
        One of their Attorneys

Donald D. Schwartz
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, Illinois 60601
(312) 236-0415
dds@aandklaw.com

3